*Wednesday, November 2, 1994*
## MERIT DOCKET

**94–1222.** State ex rel. Wright v. Ohio Adult Parole Auth. *Franklin County*, No. 93AP–622. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1397.** State ex rel. Fillinger v. Nahra. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1463.** State ex rel. Swetland v. Tracy. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

WRIGHT and PFEIFER, JJ., dissent and would grant an alternative writ.

**94–1863.** State v. Esparza. *Lucas County*, No. L–84–225. On motion to hold appeal in abeyance pending decision by court of appeals. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS and F.E. SWEENEY, JJ., concur.

WRIGHT, J., would grant the motion.

PFEIFER, J., would deny the motion.

RESNICK, J., not participating.

**94–1923.** Walker v. Russell. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1984.** Crise v. Dublin Securities, Inc. *Franklin County*, Nos. 94APE07–1008 and 94APE07–1009. On application for stay of execution pending court of appeals' rehearing decision. Motion denied and cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., concur.

WRIGHT, RESNICK and F.E. SWEENEY, JJ., dissent.

**94–1985.** State ex rel. Morgan v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1990.** Manos v. Lane. In Habeas Corpus. *Sua sponte*, cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.